260 F.3d 1159 (9th Cir. 2001)
 FRED FORBES; MARGARET BOHN; JOHN L. SUMMERS; ANN S. ANDERSON, STUART R. SNIDER; GEORGE MELCHER, JR.; CHRISTOPHER TISCH; PLANNED PARENTHOOD OF CENTRALAND NORTHERN ARIZONA, INC.; ROBERT TAMIS, Plaintiffs-Appellees,
v.
JANET NAPOLITANO, in her capacity as Attorney General, State of Arizona; STEPHEN NEELY, in his capacity as County Attorney, Pima County, Arizona, Defendants-Appellants.
 No. 99-17372
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted October 3, 2000--San Francisco, California
Filed December 29, 2000
Order Amending Opinion Filed April 11, 2001
Second Amendment Filed August 9, 2001
 
 NOTE: SEE OPINIONS AT 236 F.3d 1009, AND 247 F.3d 903.
 Bebe J. Anderson, The Center for Reproductive Law & Policy, New York, N.Y. and Michael Owen Miller, Miller Smith LLP, Tucson, Arizona, for the plaintiffs-appellees.
 Charles R. Pyle, Assistant Attorney General, Tucson, Arizona, for the defendants-appellants.
 Appeal from the United States District Court for the District of Arizona William D. Browning, District Judge, Presiding, D.C. No. CV-96-00288-WDB
 Before: Joseph T. Sneed, Mary M. Schroeder, and Richard A. Paez, Circuit Judges.
 Prior report: 236 F.3d 1009 SCHROEDER, Circuit Judge.
 
 
 1
 The opinion filed December 29, 2000 is amended as follows: at page 4510 of the slip opinion, lines 5-6 from the bottom, after the cite to City of Chicago v. Morales, add the parenthetical "(plurality)", so that it reads: City of Chicago v. Morales, 527 U.S. 41, 52, 119 S.Ct. 1849, 144 L.Ed.2d 67 (1999) (plurality).
 
 
 2
 The mandate may now issue.